

PETER MINEO, JR.
PETER JOHN MINEO
JOHN A. SALCEDO
ALEXANDER J. SANTANA
GARRETT S. ELSINGER
MICHAEL FISCHETTI

**THE MINEO SALCEDO LAW FIRM**

5600 DAVIE ROAD
DAVIE, FLORIDA 33314

**TELEPHONE:** (954) 463-8100
**TOLL FREE:** (833) 463-8100
**FACSIMILE:** (954) 463-8106

**SERVICE:** SERVICE@MINEOLAW.COM

LANCE B. STEPHAN
JULIE C. COLLANGE
RACHEAL O. WILLIAMS
KRISTEN BARROS SOMMA
DANIEL F. DICKENSON

June 22, 2026

***Via CM/ECF System***
Hon. Paul J. Evangelista, U.S. Magistrate Judge
United States District Court for the Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY 12207

Re:     *Juan Carlos Gil, et al. v. SN Business Development Group, LLC et al.*
         NYND Case No.: 1:25-cv-01017-AMN-PJE

Dear Judge Evangelista:

Our firm represents Plaintiffs Juan Carlos Gil and Access 4 All, Inc. ("Plaintiffs") in the above-captioned action. The parties respectfully submit this status report.

The parties have resolved this matter and are currently working through to finalize the settlement agreement. The parties request 30 days to file the proper to paper work or status report to finalize the agreement with signatures.

The parties will promptly file a stipulation of dismissal or notice of settlement upon execution of the settlement agreement or provide a further status update as necessary.

*Respectfully submitted,*

*/s/ Alexander J. Santana*
Alexander J. Santana, Esq.
The Mineo Salcedo Law Firm, P.A.
5600 Davie Road
Davie, FL 33314
Telephone: (954) 463-8100
E-Mail: asantana@mineolaw.com
service@mineolaw.com
alexandrar@mineolaw.com

cc:     All Counsel of Record *(via CM/ECF System)*